**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bernice Louellen Shippen               CHAPTER 13
              Debtor(s)

BKY. NO. 23-10429 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, National Association as Indenture Trustee and index same on the master mailing list.

                          Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
21 Feb 2023, 10:00:20, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322