AcceptanceNOW
Attn: Bankruptcy 5501 Headquarters Drive
Plano, TX 75024

AES
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Ally Financial, Inc
Attn: Bankruptcy 500 Woodard Ave
Detroit, MI 48226

American Education Services
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Ccholdings
Po Box 9201
Old Bethpage, NY 11804

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Comenity Bank
PO Box 182125
Columbus, OH 43218-2125

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Fedloan
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

First National Bank/Legacy
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

First Savings Bank
Attn: Bankruptcy
P.O. Box 5019
Sioux Falls, SD 57117


Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


Mariner Finance
Attn: Bankruptcy 8211 Town Center Drive
Nottingham, MD 21236


Montgomery County Tax
Claim Bureau
PO Box 190
Norristown, PA 19404-0190


Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773


Nissan Motor Acceptance
Corp/Infiniti
Attn: Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Peco Energy
2301 Market St N 3-1
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Pennsylvania Department of Revenue
Bankruptcy Division
Po Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064


Township of Lower Merion
75 E Lancaster Ave
Ardmore, PA 19003-2300


U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085


Upstart
Upstart Operations/ Attn:Bankruptcy
PO Box 1503
San Carlos, CA 94070