**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bernice** | **Louellen** | **Shippen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Pennsylvania** | |
| Case number | **23-10429-amc** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Cibik Law, P.C.**<br>Priority Creditor's Name<br>**1500 Walnut Street Suite 900**<br>Number  Street<br>**Philadelphia, PA 19102**<br>City  State  ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☑ Other. Specify **Attorney Fees** | $4,125.00 | $4,125.00 | $0.00 |

Debtor 1  **Bernice**    **Louellen**    **Shipper**    Case number *(if known)* **23-10429-amc**
         First Name    Middle Name    Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1
**AES**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 2461**
Number    Street
**Harrisburg, PA 17105-2461**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number 0005**      **$0.00**
**When was the debt incurred?   08/01/2005**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UnknownLoanType**

### 4.2
**American Education Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 2461**
Number    Street
**Harrisburg, PA 17105-2461**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number 0007**      **$0.00**
**When was the debt incurred?   05/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UnknownLoanType**

### 4.3
**American Education Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 2461**
Number    Street
**Harrisburg, PA 17105-2461**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number 0008**      **$0.00**
**When was the debt incurred?   05/01/2008**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **UnknownLoanType**

Case 23-10429-amc    Doc 21    Filed 03/27/23    Entered 03/27/23 11:42:52    Desc Main
Document    Page 3 of 13

Debtor 1   **Bernice**         **Louellen**        **Shipman**          Case number *(if known)* **23-10429-amc**
        First Name     Middle Name     Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

---

### 4.4 Amex
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**
Number    Street

**El Paso, TX 79998-1540**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3323
**When was the debt incurred?** 12/01/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**$1,084.00**

---

### 4.5 Bank of America
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**4909 Savarese Circle**
Number    Street

**Tampa, FL 33634**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 9152
**When was the debt incurred?** 04/01/2004

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**$10,117.00**

---

### 4.6 Bank of America
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**4909 Savarese Circle**
Number    Street

**Tampa, FL 33634**
City              State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 4116
**When was the debt incurred?** 02/01/2005

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**$5,549.00**

Debtor 1  **Bernice** **Louellen** **Shippe**  Case number *(if known)* **23-10429-amc**
First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**  Total claim

---

**4.7** **Ccholdings**  $1,227.00
Nonpriority Creditor's Name
**Po Box 9201**
Number  Street
**Old Bethpage, NY 11804**
City  State  ZIP Code

Last 4 digits of account number **2162**
When was the debt incurred? **07/01/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.8** **Chase**  $4,083.00
Nonpriority Creditor's Name
**PO Box 15298**
Number  Street
**Wilmington, DE 19850-5298**
City  State  ZIP Code

Last 4 digits of account number **4914**
When was the debt incurred? **01/01/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.9** **Citibank**  $8,488.00
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 790034**
Number  Street
**St Louis, MO 63179**
City  State  ZIP Code

Last 4 digits of account number **6125**
When was the debt incurred? **08/01/2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Bernice**   **Louellen**   **Shipp**   Case number *(if known)* **23-10429-amc**
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    Total claim

---

**4.10**   **Comenity Bank**    Last 4 digits of account number **3937**    **$1,334.00**
Nonpriority Creditor's Name
**PO Box 182125**    When was the debt incurred?   **06/01/2014**
Number    Street
**Columbus, OH 43218-2125**    **As of the date you file, the claim is:** Check all that apply.
City    State    ZIP Code
☐ Contingent
**Who incurred the debt?** Check one.
☐ Unliquidated
☑ Debtor 1 only
☐ Disputed
☐ Debtor 2 only
**Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only
☐ Student loans
☐ At least one of the debtors and another
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**
☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**
☑ Other. Specify **J Crew Credit Card**
☑ No
☐ Yes

---

**4.11**   **Discover Financial**    Last 4 digits of account number **2718**    **$5,118.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?   **11/01/2014**
**PO Box 3025**    **As of the date you file, the claim is:** Check all that apply.
Number    Street
**New Albany, OH 43054**    ☐ Contingent
City    State    ZIP Code
☐ Unliquidated
**Who incurred the debt?** Check one.
☐ Disputed
☑ Debtor 1 only
**Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Student loans
☐ Debtor 1 and Debtor 2 only
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**
☑ Other. Specify **CreditCard**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.12**   **Fingerhut**    Last 4 digits of account number **1602**    **$510.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?   **10/01/2016**
**6250 Ridgewood Road**    **As of the date you file, the claim is:** Check all that apply.
Number    Street
**Saint Cloud, MN 56303**    ☐ Contingent
City    State    ZIP Code
☐ Unliquidated
**Who incurred the debt?** Check one.
☐ Disputed
☑ Debtor 1 only
**Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Student loans
☐ Debtor 1 and Debtor 2 only
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**
☑ Other. Specify **ChargeAccount**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Bernice    Louellen    Shipe**   Case number *(if known)* **23-10429-amc**
          First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**     **Total claim**

---

**4.13**  **First National Bank/Legacy**   Last 4 digits of account number **8309**    **$0.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?  **05/15/2007**
**PO Box 5097**
Number   Street   As of the date you file, the claim is: Check all that apply.
**Sioux Falls, SD 57117-5097**   ❑ Contingent
City    State    ZIP Code   ❑ Unliquidated
   ❑ Disputed
Who incurred the debt? Check one.
   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
❑ Debtor 2 only   ❑ Student loans
❑ Debtor 1 and Debtor 2 only   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ At least one of the debtors and another   ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**
Is the claim subject to offset?   ☑ Other. Specify **CreditCard**
☑ No
❑ Yes

---

**4.14**  **First Savings Bank**   Last 4 digits of account number **5901**    **$0.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?  **05/31/2016**
**P.O. Box 5019**
Number   Street   As of the date you file, the claim is: Check all that apply.
**Sioux Falls, SD 57117**   ❑ Contingent
City    State    ZIP Code   ❑ Unliquidated
   ❑ Disputed
Who incurred the debt? Check one.
   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
❑ Debtor 2 only   ❑ Student loans
❑ Debtor 1 and Debtor 2 only   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ At least one of the debtors and another   ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**
Is the claim subject to offset?   ☑ Other. Specify **CreditCard**
☑ No
❑ Yes

---

**4.15**  **Goldman Sachs Bank USA**   Last 4 digits of account number **0888**    **$2,353.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?  **12/01/2020**
**PO Box 70379**
Number   Street   As of the date you file, the claim is: Check all that apply.
**Philadelphia, PA 19176**   ❑ Contingent
City    State    ZIP Code   ❑ Unliquidated
   ❑ Disputed
Who incurred the debt? Check one.
   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
❑ Debtor 2 only   ❑ Student loans
❑ Debtor 1 and Debtor 2 only   ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ At least one of the debtors and another   ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**
Is the claim subject to offset?   ☑ Other. Specify **CreditCard**
☑ No
❑ Yes

Debtor 1   **Bernice**      **Louellen**      **Soppe**                                   Case number *(if known)* **23-10429-amc**
           First Name       Middle Name       Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

### 4.16 Macys/fdsb
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**9111 Duke Boulevard**
Number      Street
**Mason, OH 45040**
City                State       ZIP Code

**Last 4 digits of account number** **1011**    **$102.00**
**When was the debt incurred?** **04/01/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.17 Mariner Finance
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**8211 Town Center Drive**
Number      Street
**Nottingham, MD 21236**
City                State       ZIP Code

**Last 4 digits of account number** **0211**    **$1,636.00**
**When was the debt incurred?** **09/01/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.18 Navient Solutions Inc
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 9500**
Number      Street
**Wilkes-Barre, PA 18773**
City                State       ZIP Code

**Last 4 digits of account number** **0827**    **$283,851.00**
**When was the debt incurred?** **08/01/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Educational**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Bernice**          **Louellen**              **Snipe**                    Case number *(if known)* **23-10429-amc**
           First Name    Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

### 4.19 Navient Solutions Inc
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 9500**
Number    Street
**Wilkes-Barre, PA 18773**
City                State    ZIP Code

**Last 4 digits of account number** **1005**    **$11,743.00**
**When was the debt incurred?**    **10/01/2022**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Educational**

### 4.20 Nissan Motor Acceptance Corp/Infiniti
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 660360**
Number    Street
**Dallas, TX 75266-0360**
City                State    ZIP Code

**Last 4 digits of account number** **8631**    **$1,179.00**
**When was the debt incurred?**    **05/21/2015**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **AutoLease**

### 4.21 Nordstrom FSB
Nonpriority Creditor's Name
**ATTN: Bankruptcy**
**PO Box 6555**
Number    Street
**Englewood, CO 80155-6555**
City                State    ZIP Code

**Last 4 digits of account number** **8783**    **$1,735.00**
**When was the debt incurred?**    **12/01/2020**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

Debtor 1  **Bernice** **Louellen** **Shipp**  Case number *(if known)* **23-10429-amc**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**  **Total claim**

---

**4.22**  **OneMain Financial**  Last 4 digits of account number **0095**  **$6,211.00**
Nonpriority Creditor's Name
**PO Box 3251**  When was the debt incurred? **09/01/2021**
Number   Street
**Evansville, IN 47731-3251**  **As of the date you file, the claim is:** Check all that apply.
City    State    ZIP Code
❑ Contingent
**Who incurred the debt?** Check one.
❑ Unliquidated
☑ Debtor 1 only
❑ Disputed
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only  **Type of NONPRIORITY unsecured claim:**
❑ At least one of the debtors and another  ❑ Student loans
❑ **Check if this claim is for a community debt**  ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**  ❑ Debts to pension or profit-sharing plans, and other similar debts
☑ No  ☑ Other. Specify **Unsecured**
❑ Yes

---

**4.23**  **Peco Energy**  Last 4 digits of account number **1708**  **$1,787.39**
Nonpriority Creditor's Name
**2301 Market St N 3-1**  When was the debt incurred? _____
Number   Street
**Philadelphia, PA 19103-1338**  **As of the date you file, the claim is:** Check all that apply.
City    State    ZIP Code
❑ Contingent
**Who incurred the debt?** Check one.
❑ Unliquidated
☑ Debtor 1 only
❑ Disputed
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only  **Type of NONPRIORITY unsecured claim:**
❑ At least one of the debtors and another  ❑ Student loans
❑ **Check if this claim is for a community debt**  ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**  ❑ Debts to pension or profit-sharing plans, and other similar debts
☑ No  ☑ Other. Specify **Utility Service**
❑ Yes

---

**4.24**  **Synchrony Bank**  Last 4 digits of account number **9627**  **$705.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**  When was the debt incurred? **12/01/2020**
**PO Box 965064**
Number   Street  **As of the date you file, the claim is:** Check all that apply.
**Orlando, FL 32896-5064**  ❑ Contingent
City    State    ZIP Code
❑ Unliquidated
**Who incurred the debt?** Check one.
❑ Disputed
☑ Debtor 1 only
❑ Debtor 2 only  **Type of NONPRIORITY unsecured claim:**
❑ Debtor 1 and Debtor 2 only  ❑ Student loans
❑ At least one of the debtors and another  ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ **Check if this claim is for a community debt**  ❑ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**  ☑ Other. Specify **PayPal Credit Card**
☑ No
❑ Yes

---

Debtor 1  **Bernice   Louellen   Stumpf**  Case number *(if known)* **23-10429-amc**
First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   Total claim

---

**4.25**
**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**PO Box 965064**
Number   Street
**Orlando, FL 32896-5064**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number 0472**
**When was the debt incurred?   05/01/2022**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**American Eagle Credit Card**

$403.00

---

**4.26**
**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**PO Box 965064**
Number   Street
**Orlando, FL 32896-5064**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number 4094**
**When was the debt incurred?   09/01/2014**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**TJ Maxx Credit Card**

$403.00

---

**4.27**
**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**PO Box 965064**
Number   Street
**Orlando, FL 32896-5064**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number 3461**
**When was the debt incurred?   06/01/2021**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Old Navy Credit Card**

$345.00

---

Debtor 1  **Bernice    Louellen    Stump**    Case number *(if known)* **23-10429-amc**
         First Name   Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

---

**4.28**    **Uplift, Inc.**    Last 4 digits of account number **7304**    **$588.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?  **08/01/2022**
**440 N Wolfe Rd**
Number    Street    **As of the date you file, the claim is:** Check all that apply.
**Sunnyvale, CA 94085**    ❑ Contingent
City    State    ZIP Code    ❑ Unliquidated
                             ❑ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only    ❑ Student loans
❑ Debtor 2 only    ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another    ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**    ☑ Other. Specify **Unsecured**
**Is the claim subject to offset?**
☑ No
❑ Yes

---

**4.29**    **Uplift, Inc.**    Last 4 digits of account number **8779**    **$64.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?  **03/01/2022**
**440 N Wolfe Rd**
Number    Street    **As of the date you file, the claim is:** Check all that apply.
**Sunnyvale, CA 94085**    ❑ Contingent
City    State    ZIP Code    ❑ Unliquidated
                             ❑ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only    ❑ Student loans
❑ Debtor 2 only    ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another    ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**    ☑ Other. Specify **Unsecured**
**Is the claim subject to offset?**
☑ No
❑ Yes

---

**4.30**    **Uplift, Inc.**    Last 4 digits of account number **3628**    **$45.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?  **12/01/2021**
**440 N Wolfe Rd**
Number    Street    **As of the date you file, the claim is:** Check all that apply.
**Sunnyvale, CA 94085**    ❑ Contingent
City    State    ZIP Code    ❑ Unliquidated
                             ❑ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only    ❑ Student loans
❑ Debtor 2 only    ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another    ❑ Debts to pension or profit-sharing plans, and other similar debts
❑ **Check if this claim is for a community debt**    ☑ Other. Specify **Unsecured**
**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor 1  **Bernice** **Louellen** **Shipper**  Case number *(if known)* **23-10429-amc**
First Name  Middle Name  Last Name

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**  **Total claim**

**4.31** **Upstart**  Last 4 digits of account number **0340**  **$29,323.00**
Nonpriority Creditor's Name
**Upstart Operations/ Attn:Bankruptcy**  When was the debt incurred? **02/01/2022**
**PO Box 1503**
Number     Street  **As of the date you file, the claim is:** Check all that apply.
**San Carlos, CA 94070**  ☐ Contingent
City       State  ZIP Code  ☐ Unliquidated
**Who incurred the debt?** Check one.  ☐ Disputed
☑ Debtor 1 only  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only  ☐ Student loans
☐ Debtor 1 and Debtor 2 only  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**  ☑ Other. Specify **Unsecured**
☑ No
☐ Yes

**4.32** **Upstart**  Last 4 digits of account number **7097**  **$13,816.00**
Nonpriority Creditor's Name
**Upstart Operations/ Attn:Bankruptcy**  When was the debt incurred? **04/01/2021**
**PO Box 1503**
Number     Street  **As of the date you file, the claim is:** Check all that apply.
**San Carlos, CA 94070**  ☐ Contingent
City       State  ZIP Code  ☐ Unliquidated
**Who incurred the debt?** Check one.  ☐ Disputed
☑ Debtor 1 only  **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only  ☐ Student loans
☐ Debtor 1 and Debtor 2 only  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**  ☑ Other. Specify **Unsecured**
☑ No
☐ Yes

Debtor 1  **Bernice**         **Louellen**        **Shupe**              Case number *(if known)* **23-10429-amc**
          First Name          Middle Name         Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |                                                                              |     | Total claim    |
| --- | ---------------------------------------------------------------------------- | --- | -------------- |
| 6a. | **Domestic support obligations**                                             | 6a. | $0.00          |
| 6b. | **Taxes and certain other debts you owe the government**                     | 6b. | $0.00          |
| 6c. | **Claims for death or personal injury while you were intoxicated**           | 6c. | $0.00          |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here.  | 6d. + | $4,125.00    |
| 6e. | **Total.** Add lines 6a through 6d.                                          | 6e. | $4,125.00      |

**Total claims from Part 2**

|     |                                                                                                                        |     | Total claim    |
| --- | ---------------------------------------------------------------------------------------------------------------------- | --- | -------------- |
| 6f. | **Student loans**                                                                                                      | 6f. | $295,594.00    |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**            | 6g. | $0.00          |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts**                                                  | 6h. | $0.00          |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here.                                         | 6i. + | $98,205.39   |
| 6j. | **Total.** Add lines 6f through 6i.                                                                                    | 6j. | $393,799.39    |