# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　　Bernice Louellen Shippen,<br><br>　　　　　　Debtor. | Case No. 23-10429-amc<br><br>Chapter 13 |

## Certificate of Service

　　I certify that on this date I served a true and correct copy of Amended Schedule E/F, the 341 Hearing Notice, and the Chapter 13 Plan on the following parties by first class mail:

Peco Energy
2301 Market St N 3-1
Philadelphia, PA 19103-1338


Date: March 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com