LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 12/23/2022   V1180184

PAY ************VOID CHECK***************   Amount 

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 12/10/2022 | V1180184 | 12/23/2022 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,870.92 | 125,420.00 | FICA | 278.86 | 7,794.38 | 278.86 | 7,794.38 |
| SUM SCH | | | .00 | 7,202.50 | MEDICARE | 65.22 | 1,822.87 | 65.22 | 1,822.87 |
| MINUS SUB | | | .00 | -100.00 | FED TAX | 317.95 | 8,769.43 | .00 | 0.00 |
| CURR WRIT | | | .00 | 116.40 | LM LST | 2.00 | 52.00 | .00 | 0.00 |
| REINSTATE | | | .00 | 328.35 | PAUC | 2.92 | 80.56 | .00 | 0.00 |
| INTRAMURAL | | | .00 | 1,313.82 | STATE TAX | 144.48 | 4,001.89 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 365.32 | 10,071.10 | 1,717.49 | 47,081.14 |
| | | | | | DISABILITY | 30.63 | 735.12 | .00 | 0.00 |
| | | | | | FLEXMED | 41.67 | 1,000.08 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 4,999.92 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 1,004.72 | .00 | 0.00 |
| | | | | | MEDICAL F | 123.13 | 2,925.98 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 2,400.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 2,400.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | .00 | 361.40 |
| | | | | | PACE DUES | .00 | 52.00 | .00 | 0.00 |
| | | | | | TD | 500.00 | 14,500.00 | .00 | 0.00 |
| | | | | | Merck S&D | 2,548.24 | 71,671.02 | .00 | 0.00 |
| **Totals** | 0.00 | | 4870.92 | 134,281.07 | **Totals** | 4,870.92 | 134,281.07 | 2,061.57 | 57,059.79 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

TD BANK 036001808                                500.00
MERCK S&D FEDERAL CREDUN 231386645   2,548.24

**Net Pay**  3,048.24

**Employee**
BERNICE SHIPPEN

**Tax Information**
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes: