LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 1/6/2023   V1181903

Pay **********Copy*********VOID CHECK***************    Amount  

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 12/24/2022 | V1181903 | 1/6/2023 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,870.92 | 4,870.92 | FICA | 281.76 | 281.76 | 281.76 | 281.76 |
| | | | | | MEDICARE | 65.90 | 65.90 | 65.90 | 65.90 |
| | | | | | FED TAX | 308.69 | 308.69 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 2.00 | .00 | 0.00 |
| | | | | | PAUC | 3.41 | 3.41 | .00 | 0.00 |
| | | | | | STATE TAX | 144.48 | 144.48 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 365.32 | 365.32 | 1,717.49 | 1,717.49 |
| | | | | | DISABILITY | 30.63 | 30.63 | .00 | 0.00 |
| | | | | | FLEXMED | 41.67 | 41.67 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 208.33 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 42.17 | .00 | 0.00 |
| | | | | | MEDICAL F | 123.13 | 123.13 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 100.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 100.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | 46.76 | 46.76 |
| | | | | | PACE DUES | 10.40 | 10.40 | .00 | 0.00 |
| | | | | | TD | 500.00 | 500.00 | .00 | 0.00 |
| | | | | | Merck S&D | 2,543.03 | 2,543.03 | .00 | 0.00 |
| **Totals** | 0.00 | | 4870.92 | 4,870.92 | **Totals** | 4,870.92 | 4,870.92 | 2,111.91 | 2,111.91 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

TD BANK 036001808                               500.00
MERCK S&D FEDERAL CREDUN 231386645   2,543.03

**Net Pay**   3,043.03

Employee: BERNICE SHIPPEN

Tax Information

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes:

LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 1/20/2023   V1183622

PAY ******************VOID CHECK***************   Amount 

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 1/7/2023 | V1183622 | 1/20/2023 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,870.92 | 9,741.84 | FICA | 278.86 | 560.62 | 278.86 | 560.62 |
| | | | | | MEDICARE | 65.22 | 131.12 | 65.22 | 131.12 |
| | | | | | FED TAX | 298.41 | 607.10 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 4.00 | .00 | 0.00 |
| | | | | | PAUC | 3.41 | 6.82 | .00 | 0.00 |
| | | | | | STATE TAX | 144.48 | 288.96 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 365.32 | 730.64 | 1,717.49 | 3,434.98 |
| | | | | | DISABILITY | 30.63 | 61.26 | .00 | 0.00 |
| | | | | | FLEXMED | 41.67 | 83.34 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 416.66 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 84.34 | .00 | 0.00 |
| | | | | | MEDICAL F | 123.13 | 246.26 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 200.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 200.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | .00 | 46.76 |
| | | | | | PACE DUES | 10.40 | 20.80 | .00 | 0.00 |
| | | | | | TD | 300.00 | 800.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 300.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,456.89 | 4,999.92 | .00 | 0.00 |
| **Totals** | 0.00 | | 4870.92 | 9,741.84 | **Totals** | 4,870.92 | 9,741.84 | 2,061.57 | 4,173.48 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

TD BANK 036001808                          300.00
MERCK S&D FEDERAL CREDUN 231386645         300.00
AMERICAN HERITAGE 236082944              2,456.89

**Net Pay**  3,056.89

Employee: BERNICE SHIPPEN

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes:

LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 2/3/2023   V1185351

PAY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*VOID CHECK\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   Amount  \*\*\*\*\*\*\*\*\*\*

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003



CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 1/21/2023 | V1185351 | 2/3/2023 |

| Earnings ||||| Employee Deductions ||| Employer Contributions ||
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,870.92 | 14,612.76 | FICA | 281.76 | 842.38 | 281.76 | 842.38 |
| | | | | | MEDICARE | 65.90 | 197.02 | 65.90 | 197.02 |
| | | | | | FED TAX | 308.69 | 915.79 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 6.00 | .00 | 0.00 |
| | | | | | PAUC | 3.41 | 10.23 | .00 | 0.00 |
| | | | | | STATE TAX | 144.48 | 433.44 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 365.32 | 1,095.96 | 1,717.49 | 5,152.47 |
| | | | | | DISABILITY | 30.63 | 91.89 | .00 | 0.00 |
| | | | | | FLEXMED | 41.67 | 125.01 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 624.99 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 126.51 | .00 | 0.00 |
| | | | | | MEDICAL F | 123.13 | 369.39 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 300.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 300.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | 46.76 | 93.52 |
| | | | | | PACE DUES | 10.40 | 31.20 | .00 | 0.00 |
| | | | | | TD | 300.00 | 1,100.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 600.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,443.03 | 7,442.95 | .00 | 0.00 |
| **Totals** | 0.00 | | 4870.92 | 14,612.76 | **Totals** | 4,870.92 | 14,612.76 | 2,111.91 | 6,285.39 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

TD BANK 036001808                                  300.00
MERCK S&D FEDERAL CREDUN 231386645                 300.00
AMERICAN HERITAGE 236082944                      2,443.03

**Net Pay**    3,043.03

Employee: BERNICE SHIPPEN

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes:

LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 2/17/2023  V1187086

Amount 

PAY **************VOID CHECK***************

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 2/4/2023 | V1187086 | 2/17/2023 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,870.92 | 19,483.68 | FICA | 278.86 | 1,121.24 | 278.86 | 1,121.24 |
| | | | | | MEDICARE | 65.22 | 262.24 | 65.22 | 262.24 |
| | | | | | FED TAX | 298.41 | 1,214.20 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 8.00 | .00 | 0.00 |
| | | | | | PAUC | 3.41 | 13.64 | .00 | 0.00 |
| | | | | | STATE TAX | 144.48 | 577.92 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 365.32 | 1,461.28 | 1,717.49 | 6,869.96 |
| | | | | | DISABILITY | 30.63 | 122.52 | .00 | 0.00 |
| | | | | | FLEXMED | 41.67 | 166.68 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 833.32 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 168.68 | .00 | 0.00 |
| | | | | | MEDICAL F | 123.13 | 492.52 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 400.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 400.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | .00 | 93.52 |
| | | | | | PACE DUES | 10.40 | 41.60 | .00 | 0.00 |
| | | | | | TD | 300.00 | 1,400.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 900.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,456.89 | 9,899.84 | .00 | 0.00 |
| **Totals** | 0.00 | | 4870.92 | 19,483.68 | **Totals** | 4,870.92 | 19,483.68 | 2,061.57 | 8,346.96 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

TD BANK 036001808                                300.00
MERCK S&D FEDERAL CREDUN 231386645                300.00
AMERICAN HERITAGE 236082944                     2,456.89

**Net Pay**  3,056.89

Employee: BERNICE SHIPPEN

Tax Information
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes:

LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 3/3/2023  V1188820

Amount 

PAY ************************VOID CHECK***************

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 2/18/2023 | V1188820 | 3/3/2023 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,870.92 | 24,354.60 | FICA | 299.53 | 1,420.77 | 299.53 | 1,420.77 |
| INTRAMURAL | 8.75 | 32.76 | 286.65 | 286.65 | MEDICARE | 70.05 | 332.29 | 70.05 | 332.29 |
| | | | | | FED TAX | 367.03 | 1,581.23 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 10.00 | .00 | 0.00 |
| | | | | | PAUC | 3.61 | 17.25 | .00 | 0.00 |
| | | | | | STATE TAX | 153.28 | 731.20 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 386.82 | 1,848.10 | 1,818.56 | 8,688.52 |
| | | | | | DISABILITY | 30.63 | 153.15 | .00 | 0.00 |
| | | | | | FLEXMED | 41.67 | 208.35 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 1,041.65 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 210.85 | .00 | 0.00 |
| | | | | | MEDICAL F | 123.13 | 615.65 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 500.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 500.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | 46.76 | 140.28 |
| | | | | | PACE DUES | 10.40 | 52.00 | .00 | 0.00 |
| | | | | | TD | 300.00 | 1,700.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 1,200.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,618.92 | 12,518.76 | .00 | 0.00 |
| **Totals** | 8.75 | | 5157.57 | 24,641.25 | **Totals** | 5,157.57 | 24,641.25 | 2,234.90 | 10,581.86 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

TD BANK 036001808  300.00
MERCK S&D FEDERAL CREDUN 231386645  300.00
AMERICAN HERITAGE 236082944  2,618.92

**Net Pay**  3,218.92

Employee: BERNICE SHIPPEN

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes: