United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10429-amc
Bernice Louellen Shippen  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: May 31, 2023     Form ID: 155     Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA 19003-1232 |
| 14757014 | + | Ccholdings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14757019 | + | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14757027 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14757032 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14757034 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14759219 | + | Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14759221 | + | Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14757038 | | Township of Lower Merion, 75 E Lancaster Ave, Ardmore, PA 19003-2300 |
| 14757039 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14757007 | | Email/Text: bncnotifications@pheaa.org | Jun 01 2023 00:37:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14757006 | + | Email/Text: bankruptcy@rentacenter.com | Jun 01 2023 00:37:00 | AcceptanceNOW, Attn: Bankruptcy 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14757008 | + | Email/Text: backoffice@affirm.com | Jun 01 2023 00:37:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14757009 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 01 2023 00:37:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14757010 | | Email/Text: bncnotifications@pheaa.org | Jun 01 2023 00:37:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14767265 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2023 00:50:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14757011 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2023 00:50:40 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14757012 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 01 2023 00:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14764194 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2023 00:40:25 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14757013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2023 00:40:30 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14757016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2023 00:40:26 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

Case 23-10429-amc   Doc 34   Filed 06/02/23   Entered 06/03/23 00:32:42   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 31, 2023 | Form ID: 155 | Total Noticed: 57 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14757017 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2023 00:37:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14757025 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2023 00:40:20 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14764334 | Email/Text: mrdiscen@discover.com | Jun 01 2023 00:37:00 | Discover Bank/Discover Products Inc, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14757018 | + Email/Text: mrdiscen@discover.com | Jun 01 2023 00:37:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14757021 | Email/Text: BNSFN@capitalsvcs.com | Jun 01 2023 00:37:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14757022 | Email/Text: BNSFS@capitalsvcs.com | Jun 01 2023 00:37:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14757020 | + Email/Text: bnc-bluestem@quantum3group.com | Jun 01 2023 00:37:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14757023 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 01 2023 00:37:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14757024 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2023 00:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14775106 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2023 00:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14757015 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2023 00:40:19 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14766682 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2023 00:40:30 | JPMorgan Chase Bank, N.A., JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 14762482 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 01 2023 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14763347 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2023 00:40:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757026 | + Email/Text: bankruptcy@marinerfinance.com | Jun 01 2023 00:37:00 | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14774558 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2023 00:37:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14757028 | + Email/PDF: pa_dc_claims@navient.com | Jun 01 2023 00:40:19 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14757029 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 01 2023 00:37:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14757030 | Email/Text: bnc@nordstrom.com | Jun 01 2023 00:37:19 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14757031 | Email/PDF: cbp@onemainfinancial.com | Jun 01 2023 00:40:25 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14773038 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 01 2023 00:37:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14775713 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2023 00:40:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14768230 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 01 2023 00:37:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14757033 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 01 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14757035 | + | Email/Text: bankruptcy@philapark.org | Jun 01 2023 00:37:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14774380 | | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2023 00:37:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14774383 | | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2023 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14780566 | | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2023 00:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14757036 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 01 2023 00:37:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14757037 | | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2023 00:40:25 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14757223 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2023 00:40:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775274 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 01 2023 00:37:00 | Towd Point Mortgage Trust 2022-3, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14757040 | ^ | MEBN | Jun 01 2023 00:34:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14757041 | | Email/Text: bankruptcies@uplift.com | Jun 01 2023 00:37:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14757042 | + | Email/Text: LCI@upstart.com | Jun 01 2023 00:37:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14758544 | ^ | MEBN | Jun 01 2023 00:34:16 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14771736 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2023    Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 31, 2023 | Form ID: 155 | Total Noticed: 57 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

**Name** **Email Address**

MICHAEL A. CIBIK
　　on behalf of Debtor Bernice Louellen Shippen mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
　　on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Bernice Louellen Shippen
        Debtor(s)                        Chapter: 13

                                               Bankruptcy No: 23−10429−amc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 31, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Ashely M. Chan
                                                    Judge ,
                                                    United States Bankruptcy Court

                                                                     32
                                                                  Form 155