| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10429-AMC

| | |
|---|---|
| Bernice Louellen Shippen | Petition Filed Date: 02/14/2023 |
| 108 W Spring Ave Apt 9 | 341 Hearing Date: 04/21/2023 |
| Ardmore  PA  19003-1232 | Confirmation Date: 05/31/2023 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2023 | $1,000.00 | | 05/16/2023 | $250.00 | | 05/31/2023 | $250.00 | |
| 06/13/2023 | $250.00 | | 06/27/2023 | $250.00 | | | | |

**Total Receipts for the Period:  $2,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,125.00 | $1,820.00 | $2,305.00 |
| 1 | QUANTUM3 GROUP LLC<br>»» 001 | Unsecured Creditors | $29,782.30 | $0.00 | $29,782.30 |
| 2 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $14,127.22 | $0.00 | $14,127.22 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $4,178.78 | $0.00 | $4,178.78 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 005 | Unsecured Creditors | $1,056.35 | $0.00 | $1,056.35 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $4,937.57 | $0.00 | $4,937.57 |
| 7 | PHILADELPHIA PARKING AUTHORITY<br>»» 007 | Unsecured Creditors | $808.00 | $0.00 | $808.00 |
| 8 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $1,150.24 | $0.00 | $1,150.24 |
| 10 | MARINER FINANCE LLC<br>»» 010 | Unsecured Creditors | $1,679.12 | $0.00 | $1,679.12 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $454.32 | $0.00 | $454.32 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $451.00 | $0.00 | $451.00 |
| 13 | ONE MAIN FINANCIAL<br>»» 013 | Unsecured Creditors | $6,489.44 | $0.00 | $6,489.44 |
| 14 | PECO ENERGY COMPANY<br>»» 014 | Unsecured Creditors | $2,106.72 | $0.00 | $2,106.72 |
| 15 | QUANTUM3 GROUP LLC<br>»» 015 | Unsecured Creditors | $561.90 | $0.00 | $561.90 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC<br>»» 016 | Unsecured Creditors | $1,482.28 | $0.00 | $1,482.28 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $1,767.20 | $0.00 | $1,767.20 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $8,736.18 | $0.00 | $8,736.18 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $841.45 | $0.00 | $841.45 |
| 20 | SELECT PORTFOLIO SERVICING INC<br>»» 020 | Mortgage Arrears | $4,724.09 | $0.00 | $4,724.09 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $395.40 | $0.00 | $395.40 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $1,820.00 | Arrearages: | $500.00 |
| Paid to Trustee: | $180.00 | Total Plan Base: | $30,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.