United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10429-amc

Bernice Louellen Shippen  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Nov 16, 2023      Form ID: pdf900      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA 19003-1232 |
| 14757019 | + | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14757027 | | Montgomery County Tax Claim Bureau, PO Box 190, Norristown, PA 19404-0190 |
| 14757032 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14757034 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14759219 | + | Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14759221 | + | Towd Point Mortgage Trust 2022-3, U.S. Bank Trust Company, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14757038 | | Township of Lower Merion, 75 E Lancaster Ave, Ardmore, PA 19003-2300 |
| 14757039 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 17 2023 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 01:12:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 00:21:00 | Quantum3 Group LLC, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14757007 | | Email/Text: bncnotifications@pheaa.org | Nov 17 2023 00:21:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14757006 | + | Email/Text: bankruptcy@rentacenter.com | Nov 17 2023 00:21:00 | AcceptanceNOW, Attn: Bankruptcy 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14757008 | + | Email/Text: backoffice@affirm.com | Nov 17 2023 00:21:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14757009 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 17 2023 00:21:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14757010 | | Email/Text: bncnotifications@pheaa.org | Nov 17 2023 00:21:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14767265 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 00:24:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14757011 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 00:24:12 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14757012 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 17 2023 00:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |

Case 23-10429-amc    Doc 43    Filed 11/18/23    Entered 11/19/23 00:32:53    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14764194 | | Email/PDF: MerrickBKNotifications@Resurgent.com Nov 17 2023 00:24:20 | | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14757013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Nov 17 2023 00:36:33 | | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14757014 | ^ | MEBN Nov 17 2023 00:14:35 | | Ccholdings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14757016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 17 2023 00:24:21 | | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14757017 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 17 2023 00:21:00 | | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14757025 | | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 17 2023 00:24:34 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14764334 | | Email/Text: mrdiscen@discover.com Nov 17 2023 00:21:00 | | Discover Bank/Discover Products Inc, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14757018 | + | Email/Text: mrdiscen@discover.com Nov 17 2023 00:21:00 | | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14757021 | | Email/Text: BNSFN@capitalsvcs.com Nov 17 2023 00:21:00 | | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14757022 | | Email/Text: BNSFS@capitalsvcs.com Nov 17 2023 00:21:00 | | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14757020 | + | Email/Text: bnc-bluestem@quantum3group.com Nov 17 2023 00:21:00 | | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14757023 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Nov 17 2023 00:21:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14757024 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 17 2023 00:21:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14775106 | | Email/Text: JCAP_BNC_Notices@jcap.com Nov 17 2023 00:21:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14757015 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 17 2023 00:36:34 | | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14766682 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 17 2023 00:24:13 | | JPMorgan Chase Bank, N.A., JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 14762482 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Nov 17 2023 00:21:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14763347 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 17 2023 00:24:37 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757026 | + | Email/Text: bankruptcy@marinerfinance.com Nov 17 2023 00:21:00 | | Mariner Finance, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14774558 | + | Email/Text: JCAP_BNC_Notices@jcap.com Nov 17 2023 00:21:00 | | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14757028 | + | Email/PDF: pa_dc_claims@navient.com Nov 17 2023 00:24:36 | | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14757029 | | Email/Text: NissanBKNotices@nationalbankruptcy.com Nov 17 2023 00:21:00 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14757030 | | Email/Text: bnc@nordstrom.com Nov 17 2023 00:21:25 | | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |

Case 23-10429-amc    Doc 43    Filed 11/18/23    Entered 11/19/23 00:32:53    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2023 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14757031 | | Email/PDF: cbp@omf.com | Nov 17 2023 00:24:34 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14773038 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 17 2023 00:21:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14775713 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2023 00:54:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14768230 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 17 2023 00:21:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14757033 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2023 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14757035 | + | Email/Text: bankruptcy@philapark.org | Nov 17 2023 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14794851 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 00:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14774380 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 00:21:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14774383 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 00:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14780566 | | Email/Text: bnc-quantum@quantum3group.com | Nov 17 2023 00:21:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14757036 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2023 00:21:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14757037 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 00:35:54 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14757223 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2023 00:54:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775274 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2023 00:21:00 | Towd Point Mortgage Trust 2022-3, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14757040 | ^ | MEBN | Nov 17 2023 00:14:29 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14757041 | | Email/Text: bankruptcies@uplift.com | Nov 17 2023 00:21:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14757042 | + | Email/Text: LCI@upstart.com | Nov 17 2023 00:21:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14758544 | ^ | MEBN | Nov 17 2023 00:14:30 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14771736 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Certificate of Notice    Page 4 of 5

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Bernice Louellen Shippen mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Towd Point Mortgage Trust 2022-3  U.S. Bank Trust Company, National Association as Indenture Trustee mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Bernice Louellen Shippen

Debtor

Chapter 13

Bankruptcy No. 23-10429-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 16, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE