**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Ishaaq Mickens,

        Debtor.

Case No. 22-13031-amc

Chapter 13

## Debtor's Motion to Reopen and Reinstate Case

**AND NOW**, Debtor Ishaaq Mickens, by and through his attorney, moves this Court to reopen and reinstate this case. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on November 10, 2022.

2. This case was dismissed on November 16, 2023, for failure to make plan payments.

3. This case was closed on November 30, 2023.

4. The Debtor's trustee payment arrearage is $920.11 as of the payment that was due on November 10, 2023, which will increase to a total of $1,117.11 when the next payment becomes due on December 10, 2023.

5. The Debtor can cure the arrearage prior to the hearing on this Motion.

6. Accordingly, the Debtor requests that the Court reinstate this case.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: November 30, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com