# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Bernice Louellen Shippen,

        Debtor.

Case No. 23-10429-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Reinstate Case along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CW Nexus Credit Card Holdings l, LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Discover Bank/Discover Products Inc
P.O. Box 3025
New Albany, Oh 43054-3025

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

PECO
2301 Market Street, 04 NW
Philadelphia, PA 19101

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

NORDSTROM, INC.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Towd Point Mortgage Trust 2022-3, at. el
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Date: December 1, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com