# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Bernice Louellen Shippen,

        Debtor.

Case No. 23-10429-amc

Chapter 13

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Motion to Reinstate Case filed at ECF No. 45. Thank you.

Date: February 13, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com